NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Plaintiff-Appellant,*

v.

**CIBA VISION CORPORATION,**
*Defendant-Appellee.*

---

2010-1082

---

Appeal from the United States District Court for the Middle District of Florida in consolidated case nos. 05-CV-0135 and 06-CV-0301, Judge Timothy J. Corrigan.

---

**ON MOTION**

---

**ORDER**

Johnson & Johnson Vision Care, Inc. moves for a 45-day extension of time, until July 26, 2010, to file its reply brief.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Harry J. Roper, Esq.
     Thomas P. Steindler, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 3 2010

**JAN HORBALY**
**CLERK**